## Case No. 5,113.

### FREVALL v. BACHE.

[5 Cranch, C. C. 463.][1]

Circuit Court, District of Columbia. March Term, 1838.

Mr. Key, for defendant

[1] [Reported by Hon. William Cranch, Chief Judge.]

R. S. Coxe, contra.

Mr. Smith, the deputy clerk of this court,

MORSELL, Circuit Judge, stated that such also was the practice in Maryland.

THE COURT (THRUSTON, Circuit Judge, absent) overruled Mr. Key's two first objections, but rejected the deposition because it did not appear that the commissioner had taken the oath annexed to the commission.